IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDRE WITT, SHERRIE CHAPMAN, JOE JOHNSON, BEVERLY ADAMS AND ETHEL J. BATTLE-LEE : : : : :| |
| Plaintiffs, : | |
| v.  : | Civil Case No. 1:07-cv-01128 HHK |
| AMERICAN HEALTH CARE ASSOCIATION : : : : | |
| Defendants. : | |

**DEFENDANT/COUNTERPLAINTIFF'S OBJECTION
TO RELATED CASE DESIGNATION**

Through undersigned counsel, and pursuant to Local Civil Rule 40.5(b)(2), Defendant/Counterplaintiff American Health Care Association objects to Plaintiffs/ Counterdefendants' designation of this case as related to case number 1:96-cv-01982 HHK. The prior case was voluntarily dismissed with prejudice on May 5, 1998; thus, it is not a currently pending case. In addition, the prior case involves neither the same parties nor the same subject matter.

Respectfully submitted,

_____/s/_____
Stanley J. Reed (Bar # 39270)
William A. Goldberg (Bar # 477534)
Lerch, Early & Brewer, Chartered
3 Bethesda Metro Center, Suite #460
Bethesda, Maryland  20814
(301) 657-0177

Counsel for Defendant, American Health Care Association

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of July 2007 I caused a copy of the foregoing Objection to Related Case Designation to be served, via first-class mail, postage prepaid, on the following named person:

David L. Rose
1320 19th St., NW
Suite 601
Washington, DC 20036
(202) 331-8555

*Counsel for Plaintiffs*


_____/s/_____
Stanley J. Reed