**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ANDRE WITT, SHERRIE CHAPMAN, : | |
| JOE JOHNSON, BEVERLY ADAMS : | |
| AND ETHEL J. BATTLE-LEE : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | Civil Case No. 1:07-cv-01128 HHK |
| : | |
| AMERICAN HEALTH CARE : | |
| ASSOCIATION : | |
| : | |
| Defendants. : | |

**LINE ENTERING APPEARANCE**

Please enter the appearance of Stanley J. Reed, Lerch, Early & Brewer, Chtd. as counsel for Defendant American Health Care Association ("AHCA").

Respectfully submitted,

 /s/
Stanley J. Reed (Bar # 39270)
William A. Goldberg (Bar # 477534)
Lerch, Early & Brewer, Chartered
3 Bethesda Metro Center, Suite #460
Bethesda, Maryland  20814
(301) 657-0177

*Counsel for Defendant, American Health Care Association*

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this 24th day of July 2007 I caused a copy of the foregoing Line Entering Appearance to be served, via first-class mail, postage prepaid, on the following named person:

     David L. Rose, Esquire
     1320 19th St., NW
     Suite 601
     Washington, DC 20036
     (202) 331-8555

     *Counsel for Plaintiffs*

     /s/
     Stanley J. Reed

#704472