**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ANDRE WITT, SHERRIE CHAPMAN, | : |
| JOE JOHNSON, BEVERLY ADAMS | : |
| AND ETHEL J. BATTLE-LEE | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | : Civil Case No. 1:07-cv-01128 HHK |
| | : |
| AMERICAN HEALTH CARE | : |
| ASSOCIATION | : |
| | : |
| Defendant. | : |

**JOINT MOTION TO CONTINUE INITIAL SCHEDULING CONFERENCE**

Plaintiffs, by their undersigned counsel, and the Defendant, by its undersigned counsel,

hereby jointly move the Court to continue the Initial Scheduling Conference in this case

currently set for November 9, 2007 and as grounds therefore, state as follows:

1.      The parties originally appeared before this Honorable Court for an Initial

Scheduling Conference on September 7, 2007.  At that time the Court continued the Initial

Scheduling Conference until November 9, 2007, to permit the parties to engage in voluntary

mediation.

2.      Since then, the parties have engaged in mediation with Senior Judge Richard

Levie, and as of the date of this motion, the Defendant has reached a final settlement agreement

with one Plaintiff, and settlement agreements in principle with three additional Plaintiffs.  Those

settlements have been memorialized in formal agreements that are in the process of being

reviewed by Plaintiffs' counsel.

3.      The parties have committed to an additional day of mediation with Judge Levie regarding Andre Witt, the remaining Plaintiff in the case.  Due to scheduling complexities, Mr. Witt's mediation will not likely take place until the first or second week of December 2007.

4.      A forty-five (45) day extension of time for the Initial Scheduling Conference will permit the parties to finalize the settlement agreements that have already been reached, and to proceed with Mr. Witt's mediation before Judge Levie.

5.      The parties certify that this Motion is undertaken in good faith and not for the purposes of delay.

Respectfully submitted,

_____/s/David L. Rose_____
David L. Rose (Bar #376379)
1320 19th Street, N.W.
Suite 601
Washington, D.C.  20036
(202) 331-8555

*Counsel for Plaintiffs*

_____/s/Stanley J. Reed_____
Stanley J. Reed (Bar # 39270)
William A. Goldberg (Bar # 477534)
Lerch, Early & Brewer, Chartered
3 Bethesda Metro Center, Suite #460
Bethesda, Maryland  20814
(301) 657-0177

*Counsel for Defendant, American Health Care Association*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ANDRE WITT, SHERRIE CHAPMAN, | : | |
| JOE JOHNSON, BEVERLY ADAMS | : | |
| AND ETHEL J. BATTLE-LEE | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil Case No. 1:07-cv-01128 HHK |
| | : | |
| AMERICAN HEALTH CARE | : | |
| ASSOCIATION | : | |
| | : | |
| Defendant. | : | |

**ORDER TO CONTINUE INITIAL SCHEDULING CONFERENCE**

Upon consideration of the joint Motion to Continue the Initial Scheduling Conference,

sufficient cause having been shown, in that the parties have in good faith participated in and

continue to participate in voluntary mediation, it is this _____ day of November 2007,

ORDERED that the Motion be and it is hereby granted, and it is further

ORDERED that the Scheduling Conference be and it is hereby continued from November

9, 2007 until December _____, 2007, unless the parties advise the Court prior to that date that

they have settled this matter in its entirety.

_____
Judge Henry H. Kennedy