IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANDRE WITT, SHERRIE CHAPMAN, :
JOE JOHNSON, BEVERLY ADAMS :
AND ETHEL J. BATTLE-LEE :
:
:
Plaintiffs, :
:
:
v. : Civil Case No. 1:07-cv-01128 HHK
:
AMERICAN HEALTH CARE : Notice of Dismissal for Plaintiffs
ASSOCIATION : Battle-Lee, Adams,
: Johnson and Chapman's Claims With
Defendant. : Prejudice

**VOLUNTARY DISMISSAL OF PLAINTIFFS SHERRIE CHAPMAN, JOE JOHNSON, BEVERLY ADAMS AND ETHEL BATTLE LEE CLAIMS AGAINST DEFENDANT AMERICAN HEALTH CARE ASSOCIATION**

Plaintiffs Chapman, Johnson, Adams and Battle-Lee, by and through counsel dismiss their claims against American Health Care Association pursuant to Fed. Rule of Civ. Pro. 41(a). The four, listed above, Plaintiffs and the Defendant entered into settlement agreements in November 2007. Plaintiffs dismiss their claims with prejudice and maintain all rights to secure enforcement of the terms of their agreements.

Plaintiff Andre Witt and the Defendant have not reached any agreement at this time on a settlement agreement; and there had been as yet no agreement on fees and expenses incurred in this case.

Respectfully submitted,

_____
David L. Rose
Attorney for Plaintiffs

January 7, 2008