IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDRE WITT, SHERRIE CHAPMAN, JOE JOHNSON, BEVERLY ADAMS AND ETHEL J. BATTLE-LEE | : : : : |
| Plaintiffs/Counter-Defendants | : : |
| v. | :  Civil Case No. 1:07-cv-01128 HHK : |
| AMERICAN HEALTH CARE ASSOCIATION | : : : |
| Defendant/Counter-Plaintiff | : |

**NOTICE OF DISMISSAL**

Defendant/Counter-Plaintiff, American Health Care Association ("AHCA"), by its undersigned counsel, and pursuant to Rule 41, Fed. R. Civ. Pro., and with the consent of plaintiffs/Counter-Defendants Sherrie Chapman, Joe Johnson, Beverly Adams and Ethel J. Battle-Lee, dismisses with prejudice its counterclaims as to those Plaintiffs/Counter-Defendants. Specifically, ACHA dismisses Count I (conspiracy) and Count II (breach of duty of loyalty) as to Plaintiff/Counter-Defendants Johnson, Adams, Battle-Lee and Chapman, and Count III (breach of fiduciary duty) as to Plaintiff/Counter-Defendant Chapman.

                                                Respectfully submitted,

                                                /s/Stanley J. Reed
                                                Stanley J. Reed (Bar # 39270)
                                                William A. Goldberg (Bar # 477534)
                                                Lerch, Early & Brewer, Chartered
                                                3 Bethesda Metro Center, Suite #460
                                                Bethesda, Maryland  20814
                                                (301) 657-0177
                                                *Counsel for Defendant/Counter-Plaintiff*
                                                *American Health Care Association*