## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

ANDRE WITT,                                        :
                                                   :
             Plaintiff,                            :
                                                   :
      v.                                           : Civil Case No. 1:07-cv-01128 HHK
                                                   :
AMERICAN HEALTH CARE                               : Notice of Dismissal for  Plaintiff
ASSOCIATION                                        : Andre Witt's Claims With Prejudice
                                                   :
             Defendant.                            :


## VOLUNTARY DISMISSAL OF PLAINTIFF ANDRE WITT'S CLAIMS AGAINST DEFENDANT AMERICAN HEALTH CARE ASSOCIATION

Plaintiff Andre Witt, by and through counsel dismisses his claims against

American Health Care Association pursuant to Fed. Rule of Civ. Pro. 41(a).  Plaintiff

Witt and the Defendant entered into a Confidential Settlement Agreement effective

February 25, 2007.  Plaintiff Witt dismisses his claims with prejudice and maintains all

rights to secure enforcement of the terms of this agreement.


                                        Respectfully submitted,


                                        _____
                                        David L. Rose
March 20, 2008                          Attorney for Plaintiffs